# GEORGE H. GOODSPEED v. JULIUS A. SCHMAHL.[1]

October 17, 1914.

No. 19,117.

**Constitutional amendment — ballot.**

Secretary of state directed to have the official ballot for the seventh proposed amendment printed with the words "Seven Senator Amendment" as provided by the statute. [Reporter.]

Upon the application of George H. Goodspeed, this court directed Julius A. Schmahl, as secretary of the state of Minnesota, to desist from further printing, circulating and distributing and furnishing to the proper officials of the state the ballot prepared by him for the submission of the proposed amendments to the Constitution of the state at the general election in November, 1914, and to proceed to prepare and make as the official ballot upon which should be submitted the constitutional amendments, a ballot whereon should be printed in reference to the submission of the amendment to section 2, article 4, of the Constitution, the words printed in capitals at the end of the opinion herein, and nothing else, so far as related to that proposed amendment, or show cause why he had not done so. The respondent made return that his acts in having printed the proposed constitutional amendment, with the omission of the words "Seven Senator Amendment" were done unintentionally and through inadvertence. Application granted.

*Haycraft & Palmer* and *Moonan & Moonan,* for petitioner.

[1] Reported in 149 N. W. 1069.

*Lyndon A. Smith*, Attorney General, and *Clifford L. Hilton*, Assistant Attorney General, for respondent.

PER CURIAM.

The application of George H. Goodspeed for an order requiring this respondent, secretary of state, to correct the official state ballot containing the proposed Constitutional Amendments to be voted upon at the November, 1914, general election, having been duly heard and considered and it appearing that error has been made in the preparation of said ballot, it is ordered:

That you, the said Julius A. Schmahl, the respondent herein, as secretary of state of the state of Minnesota, do immediately upon receipt of a copy hereof:

Desist from further printing, circulating and distributing and furnishing to the proper officials of said state the ballot prepared by you for the submission of the proposed amendments to the Constitution of said state at the general election to be held in November, 1914.

That you proceed to prepare and make as the official ballot upon which will be submitted the constitutional amendments proposed, a ballot whereon shall be printed the following in reference to the submission of the amendment to section 2, of article 4, of the Constitution, to-wit:

"SEVEN SENATOR AMENDMENT—AMENDMENT OF SECTION 2 OF ARTICLE 4 OF THE CONSTITUTION, RELATING TO THE NUMBER OF MEMBERS OF THE SENATE AND HOUSE OF REPRESENTATIVES AND THE BASIS OF APPORTIONMENT THEREOF.

"YES....................NO....................."